SIGAL CHATTAH
United States Attorney
Nevada Bar Number 8264
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6551 / Fax: (702) 388-6418
tony.lopez@usdoj.gov

AMANDA N. LISKAMM
Director
CAROLYN F. RICE
CHARLES B. DUNN
Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch
PO Box 386
Washington, DC 20044
Tel: (202) 451-7769/ (202) 514-8742
Carolyn.F.Rice@usdoj.gov
Charles.B.Dunn@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>3945 EAST PATRICK LANE, SUITE C,<br>LAS VEGAS, NV 89120 | Case No. 2:18-mj-222-BNW |

### GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANT

On February 15, 2018, the Court issued a warrant authorizing the search of 3945 East Patrick Lane, Suite C, Las Vegas, NV 89120. Because the warrant was part of an ongoing investigation, the Court issued an order sealing the warrant documents.

The premises were connected to an investigation regarding Kimberly Stamps, Barbara Trickle, and John Kyle Muller. On February 1, 2023, a Federal Grand Jury in the District of Nevada charged those three individuals with violating 18 U.S.C. §§ 1349

1  (conspiracy to commit mail fraud and wire fraud), 1341 (mail fraud) and 1343 (wire fraud).
2  Case No. 2:23-cr-15 (D. Nev.). The charges against Stamps in that case were dismissed
3  without prejudice, and on December 3, 2024, a Federal Grand Jury re-brought the same
4  charges in Case No. 24-cr-258-JAD-DJA.
5      At any trial in those cases, the Government anticipates introducing evidence
6  recovered during the execution of the search warrants. Accordingly, the Government hereby
7  moves this Court for an Order unsealing the above-captioned warrant and accompanying
8  documents, including the application, affidavit, attachments, and filings related to the non-
9  disclosure order so that the Government may provide discovery to defense counsel for
10 defendants.
11     DATED this 24th day of April 2025.

    Respectfully submitted,

    SIGAL CHATTAH
    United States Attorney

    */s/ Richard Anthony Lopez*
    RICHARD ANTHONY LOPEZ
    Assistant United States Attorney

    CAROLYN F. RICE
    CHARLES B. DUNN
    Trial Attorneys
    U.S. Department of Justice

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IN THE MATTER OF THE SEARCH OF:

3945 EAST PATRICK LANE, SUITE C, LAS VEGAS, NV 89120

Case No. 2:18-mj-222-BNW

**Order Granting Government's Motion to Unseal Search Warrant**

Based on the pending Motion of the Government, and good cause appearing, the Motion is hereby GRANTED.

IT IS HEREBY ORDERED that the above-captioned warrant and accompanying documents, including the application, affidavit, attachments, and filings, shall be unsealed.

DATED this 8th day of May 2025.

_____
HON. BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE